ACCEPTED
15-24-00120-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/22/2025 4:26 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
(512) 936-1700
1/22/2025 4:26:44 PM
CHRISTOPHER A. PRINE
Clerk



# KEN PAXTON

ATTORNEY GENERAL OF TEXAS

BENJAMIN MENDELSON
Assistant Solicitor General

Ben.Mendelson@oag.texas.gov

January 22, 2025

**Via e-filing**

Christopher A. Prine, Clerk
Texas Court of Appeals for the Fifteenth Judicial District

   **Re:    No. 15-24-00120-CV, *Texas v. Harris County, et al.***

Dear Mr. Prine:

On January 6, 2025, the Court notified counsel that the Court will hear argument in the above-captioned case on February 12, 2025. I write to inform the Court that undersigned counsel will present argument on behalf of Appellant The State of Texas. Of its twenty minutes of argument time, Appellant intends to allot five minutes for rebuttal.

                    Respectfully submitted.

                    /s/Benjamin W. Mendelson

                    Benjamin W. Mendelson
                    Assistant Solicitor General

cc: all counsel of record (via e-filing)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Toni Shah on behalf of Ben Mendelson
Bar No. 24106297
toni.shah@oag.texas.gov
Envelope ID: 96492539
Filing Code Description: Letter
Filing Description: Mendelson OA letter  152400120
Status as of 1/22/2025 4:30 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Yetter Coleman | | efile@yettercoleman.com | 1/22/2025 4:26:44 PM | SENT |
| Edward Swidriski | 24083929 | Edward.Swidriski@harriscountytx.gov | 1/22/2025 4:26:44 PM | SENT |
| Grant Martinez | | gmartinez@yettercoleman.com | 1/22/2025 4:26:44 PM | SENT |
| Athena Leyton | | athena.leyton@oag.texas.gov | 1/22/2025 4:26:44 PM | SENT |
| Toni Shah | | toni.shah@oag.texas.gov | 1/22/2025 4:26:44 PM | SENT |
| Lily Hann | | lhann@yettercoleman.com | 1/22/2025 4:26:44 PM | SENT |
| Marisa Mata | | mmata@yettercoleman.com | 1/22/2025 4:26:44 PM | SENT |

Associated Case Party: Harris County, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christopher Garza | 24078543 | christopher.garza@harriscountytx.gov | 1/22/2025 4:26:44 PM | SENT |
| Jonathan Fombonne | 24102702 | jonathan.fombonne@harriscountytx.gov | 1/22/2025 4:26:44 PM | SENT |
| Eleanor Matheson | 24131490 | Eleanor.matheson@harriscountytx.gov | 1/22/2025 4:26:44 PM | SENT |
| Christian Menefee | 24088049 | christian.menefee@harriscountytx.gov | 1/22/2025 4:26:44 PM | SENT |
| Ryan Cooper | 24123649 | ryan.cooper@harriscountytx.gov | 1/22/2025 4:26:44 PM | SENT |
| Andrea Mintzer | | Andrea.Mintzer@harriscountytx.gov | 1/22/2025 4:26:44 PM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ben Mendelson | | Ben.Mendelson@oag.texas.gov | 1/22/2025 4:26:44 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 1/22/2025 4:26:44 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Toni Shah on behalf of Ben Mendelson
Bar No. 24106297
toni.shah@oag.texas.gov
Envelope ID: 96492539
Filing Code Description: Letter
Filing Description: Mendelson OA letter  152400120
Status as of 1/22/2025 4:30 PM CST

Associated Case Party: The State of Texas

| Nicole A.Myette | | nicole.myette@oag.texas.gov | 1/22/2025 4:26:44 PM | SENT |
|---|---|---|---|---|
| William Farrell | | biff.farrell@oag.texas.gov | 1/22/2025 4:26:44 PM | SENT |